**CRIMINAL DOCKET · U.S. District Court**

| PO ☐ | Assigned 417 3 1708 Disp./Sentence | ☐ WRIT ☐ JUVENILE ☐ ALIAS | U.S. VS. STEVENS, MITCHELL | Case Filed Mo. 12 Day 16 Yr 86 | Docket No. 000091 | Def 01 |
|---|---|---|---|---|---|---|
| Misd. ☐ | | | | No. of 03 Def's | | |
| Felony ☒ District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD Narcotics violation | U.S. MAG CASE NO. | | |

## I. CHARGES

| US TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21§846 | Conspiracy to possess with intent to distribute and distribute cocaine **Count 1** | 1 |
| 21§ 841(a)(1) 18§2 | Possession with intent to distribute cocaine and aiding and abetting **Count 2** | 1 |
| 21§ 843 (b) &(c) | Using a commu[ni]cations facility **Counts 5 & 6** | 2 |

SUPERSEDING COUNTS →

## II. KEY DATE

- INTERVAL ONE — KEY DATE — EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE **12-16-86** APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr., trial on complaint ☐ Information ☐ Felony-W/waiver
- KEY DATE **12-19-86**: a) ☒ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg ☐ Ind't ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn
- END INTERVAL TWO — KEY DATE — APPLICABLE: ☐ Dismissal ☐ Pled guilty (After N.) ☐ Nolo (After no) ☐ Trial (voir dire) began ☐ Jury ☐ NJ

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S T grounds ☐ W.P. ☐ WOP

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued / Served | | | PRELIMINARY EXAMINATION or REMOVAL HEARING ☐ | Date Scheduled ▶ Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
→ JONES, AND LOCKLEAR

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ O

## IV. ATTORNEYS

U.S. Attorney or Asst.
**WILLIAM WEBB**

Defense: 1 ☐ CJA.  2 ☒ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Post Office Box 325
Fairmont, N.C. 28340
628-9617

H. Eddie Knox
200 South Tryon Street
Suite 1490
Charolotte, N.C. 28202
(704) 372-1360

4-1-87 w/out Time

—17— 3-30-87 Rof

**Original Deed with Financial Deputy.**

## BAIL • RELEASE

**PRE-INDICTMENT**

Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made

☐ Fugitive ☐ Pers. R. ☐ PSA
Conditions: ☐ 10% Dep ☐ Surety B ☐ Collatera ☐ 3rd Prty ☐ Other

**POST-INDICTMENT**

Release Date
☐ Bail Denied
AMOUNT SET $5,000.00
Date Set **12-19-86**
☐ Bail Not Made
Date Bond Made **12-19-86**

☐ Fugitive ☐ Pers. R. ☐ PSA
Conditions: ☐ 10% Dep ☐ Surety B ☐ Collatera ☐ 3rd Prty ☐ Other

## FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO | Yr 86 | Docket No 00091 | Def 01 | MASTER DOCKET MULTIPLE DEFENDANT CASE PAGE ___ OF ___ PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|
| | | | | V. PROCEEDINGS | | | |
| 12-16-86 | 1. | | | **INDICTMENT**  FILED | | | |
| 12-17-86 | 2. | | | **MOTION**  TO SEAL INDICTMENT - 1c Ma . Denson | | | |
| 12-19-86 | | | | **INITIAL APPEARANCE** (At Fayetteville) before Mag. Dixon Proceedings recorded-deft. advised of all rights, penalties, charges, counsel representation and right to have crt. appt. counsel. jh | | | |
| 12-19-86 | 3. | | | **ORDER** Setting conditions of release-5,000. Secured (Property of Raymond and Elizabeth Stevens) With special conditions.(Mag. Dixon) Deft. to notify the crt by 12-31-86 as to his counsel representation.(Possibly Eddie Knox Charlotte, NC). jh (Original Property Bond paperwork to R. Forcum) | | | |
| 1-13-87 | 4. | | | **ORDER** On Pre-Trial Scheduling-parties have their pre-trial discovery conference and conclude all voluntary discovery on or before Jan. 20, 1987. All pre-trial motions shall be filed no later than Jan. 30, 1987. Responses to motions shall be filed within ten days of service of such motions. Untimely motions and responses may be summarily disregarded. Motion hearings as necessary,, may be conducted by a judge or magistrate of this court in advance of trial. (Mag. McCotter) O.B.#6, P 103, cys: AUSA, Counsel of record. Ent. 1-13-87 jh | | | |
| 2/3/87 | 5. | | | **ORDER-** the time for filing of pretrial motions herein is extended from January 30, 1987 to and including Feb. 3, 1987; **McCOTTER, Charles K., Jr., USMag.** cc to US Atty & def't counsel bb | | | |
| 2-3-87 | | | | **LETTER** from Attorney Knox w/attached motions and APPLICATION FOR ADMISSION TO EDNC - Application given to Loretta Pinnex who will call attorney and send appropriate application form, to attorney. | | | |
| | 6. | | | STATEMENT PUSUANT TO LOCAL RULE — 1c: Mag. McCotter | | | |
| | 7. | | | MOTION FOR DISCLOSURE OF ELECTRONIC SURVEILLANCE w/cs. — LC: Mag. McCotter | 2-3-87 / 2-19-87 | — | — |
| | 8. | | | REQUEST FOR NOTICE OF GOVERNMENT'S INTENTION TO USE EVIDENCE w/cs. — 1c: Mag. McCotter | — | — | — |
| | 9. | | | MOTION TO COMPEL GOVERNMENT TO STATE WHETHER IT INTENDS TO OFFER EVIDENCE UNDER RULES 404(b), 803(24) and 804(5), FEDERAL RULES OF EVIDENCE AND INCORPORATED MEMORANDUM OF LAW w/cs. — 1c: Mag. McCotter | 2-3-87 / 2-19-87 | — | — |
| | 10. | | | MOTION FOR PRODUCTION OF PSYCHIATRIC EVALUATION OF ANY GOVERNMENT WITNESS AND INCORPORATED MEMORANDUM OF LAW w/cs. 1c:McCotter | 2-3-87 / 2-19-87 | — | — |
| | 11. | | | MOTION TO COMPEL EARLY PRODUCTION OF GRAND JURY TESTIMONY AND INCORPORATED MEMORANDUM OF LAW w/cs. 1c: McCotter | 2-3-87 / 2-19-87 | | |
| | 12. | | | MOTION FOR DISCOVERY AND INSPECTION w/cs. 1c: McCotter | 2-3-87 | — | — |
| | 13. | | | MOTION FOR ORDER REQUIRING GOVERNMENT TO PRODUCE GOVERNMENT WITNESSES FOR DEFENSE INTERVIEW AND INCORPORATED MEMORANDUM OF LAW w/cs 1c: McCotter | 2-3-87 / 2-19-87 | | |
| | 14. | | | MOTION TO PRESERVE EVIDENCE AND INCORPORATED MEMORANDUM OF LAW w/cs. 1c: McCotter | 2-3-87 / 2-19-87 | | |
| | 15. | | | MOTION FOR BRADY AND OTHER FAVORABLE MATERIALS AND INCORPORATED MEORANDUM OF LAW w/cs. 1c: McCotter | 2-3-87 / 2-19-87 | — | |
| | 16. | | | MOTION FOR ALL JENCKS MATERIAL, EARLY DISCLOSURE OF SAME AND INCORPORATED MEMORANDUM OF LAW w/cs. 1c: McCotter | 2-3-87 / 2-19-87 | — | |

A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)]

B NARA exam (18 USC 2902) [(1)(B)]
C State/Fed'l proceedings on other charges [(1)(D)]
D Interlocutory appeal [(1)(E)]
E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)]
F Transfer from other district per FRCrP 20, 21 or 40 or Mag Rule 5a [(1)(G)]

G Proceedings under advisement, not to exceed 30 days after all necessary submissions filed and hearings completed [(1)(J)]
H Misc proceedings; arraignment, parole/probation revocation. Deportation extradition [(1)]
5 Deferral of prosecution (per 28 USC 2902) [(1)(C)]
6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)]
7 Consideration Court of proposed plea agreement [(1)(I)]
J Prosecution deferred by mutual agreement [(2)]
M Unavailability of defendant or essential witness [(3)(A,B)]
N Period of mental/physical incompetence of def' to stand trial [(4)]
O Period of NARA commitment/treatment [(5)]
P Superseding indictment and/or new charges [(6)]

R Def awaiting trial of co-defendant & no severance has been granted [(7)]
T Continuances granted per [(h)(8)]; use "T" alone if more than one of the following reasons (T) thru T4) is given in support of continuance [(8)(A,B)]
T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i)]
T2 Case unusual or complex [(8)(B,ii)]

T3 Indictment arrest can't be in 30 days [(8)(B,iii)]
T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(8)(B,iv)]
U Time up to withdrawal guilty plea, 3161(i)
W Grand Jury indictment time extended 30 more days, 3161 (b)

Case 3:86-cr-00091-BO    Document 1    Filed 12/16/86    Page 2 of 8
CONTINUED TO PAGE

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 2-3-87 | 17. MOTION FOR EXTENSION OF TIME to file - lc: McCotter pre-trial motions w/prop. Order w/prop. Order | | 2-3-87 2-19-87 Here | E | 16 |
| | 18. MOTION TO SUPPRESS - lc: ~~Judge Boyle~~ McC rev w/cover letter | | 2-3-87 | | |
| | 19. MOTION TO CONTINUE - moves to continue case from 2-17-87 setting. lc: Judge Boyle | | 2-3-87 2-13-87 | — | — |
| 2-4-87 | ISSUED NOTICE TO APPEAR - set for arrgn. & trial on 2-17-87 at 10 A.M. in E.C. before Judge Boyle. lc: U.S. Atty. & counsel. | | | | |
| 2-6-87 | 20. RESPONSE TO MOTION TO CONTINUE by Atty. lc: Judge Boyle | | | | |
| 2-11-87 | ISSUED NOTICE TO APPEAR on Monday, February 23, 1987 at 10:00 a.m. in New Bern, N.C. for a hearing on Motion to Supress before Magistrate McCotter - Copies to U.S. Attorney, U.S. Marshal, counsel of record, Joyce Todd, Civil Section, New Bern Clerk's Office & Mag. McCotter jp | | | | |
| 2-13-87 | 21 ORDERED that the trial be continued from the court's criminal session in Elizabeth City, N.C. on 2-17-87 until March 9, 1987 session in Raleigh, N.C. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to the provisions of 18 U.S.C. §3161(h)(8)(A) and (b)(iv). (Judge Boyle) CR. O.B.#6, P. 148. Copies to U.S. Marshal, U.S. Atty., U.S. Prob., and Deft's counsel. jp | | 2-17-87 3-9-87 | T | 17 |
| 2-13-86 | 22 RESPONSE TO PRE TRIAL MOTIONS - w/cs counsel of record, lc Mag. McCotter | | | | |
| 2-19-87 | 23 ORDER ✓defendant's motion for an extension of time in which to file pretrial motions is ALLOWED. Responses shall be filed within 10 days of service of said motions. ✓The motion for disclosure of electronic surveillance is DENIED. ✓The request for Notice of Government's Intention to use Evidence is DENIED. ✓The Government is ORDERED to forthwith indicate its present intention to utilize Rule 404(b) evidence and disclose the substance of said evidence. As to Rule 803(24) or Rule 805(5) evidence, the government states its current intention not to reply on Rules 803(24) or 804(5) for the intro- duction of evidence at trial. Thus, the motion to compel this information is DENIED. ✓Motion for production of Psychiatric Evaluation of any Government Witnesses-If available, would be discoverable under Brady v. Maryland, 373 U.S. 83 (1963), as impeachment material, See U.S. v. Society of Independent Gasoline Marketers of America, 624 F. 2d 461 (4th Cir. 1980). ✓MOTION to Compel Early Production of Grand Judy Testimony-is DENIED. | | | | |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 2-19-87 | Cont'd - motion for discovery and inspection- The government is ORDERED to forthwith comply with the provisions of Rule 16 and Brady v. Maryland, supra. Otherwise, the motion to compel as to paragraph 9 is **DENIED**. **The motion to compel as to paragraphs 21 and 14 is DENIED.** **In paragraph 15, the deft.** requests a transcript of the testimony of all persons who testified before the grand jury. The gov't has responded that it will provide copies of grandy jury testimony of trial witnesses prior to trial. This is more than sufficient. **In paragraph 16-** Since the deft. has made no showing entitling him to the identity of a confidential informant, the motion to compel is **DENIED**. **In paragraph 17**, a motion to compel this information is **DENIED**. **MOTION FOR ORDER REQUIRING GOVERNMENT TO PRODUCE GOVERNMENT WITNESSES FOR DEFENSE INTERVIEW-** with respcet to those witnesses who have not refused and do not refuse to speak to defense counsel, the gov't is directed to forthwith provide the names and addresses of those witnesses to defense counsel. **MOTION TO PRESERVE EVIDENCE-** This motion is **ALLOWED** except to the extent that evidence may unavoidably be destroyed in reasonable scientific analysis. **Furthermore,** all government law enforcement officers who investigated the charge in the instant case are **ORDERED** to retain and preserve during the pendency of this action all rough notes taken as part of theri investigations notwithstanding whether or not the contents of the said notes are incorporated in official. **MOTION FOR BRADY AND OTHER FAVORABLE MATERIALS-** See treatment herein of paragraph 17 of Deft's Motion for Discovery and Inspection. **MOTION FOR ALL JENCKS MATERIAL AND EARLY DISCLOSURE OF SAME-** As a motion for Jencks material is not necessary, the motion is **DENIED.** (U.S. Mag. Charles K. McCotter, Jr.) lc: AUSA, Counsel of record. O.B.#6, P.152.   Ent. 2-24-87                              jh | |
| 2-23-87 | **HEARING ON MOTION TO SUPPRESS-** at New Bern before US Mag. Charles K. McCotter, 2-23-87. (C.R.-Elizabeth Leonard) 10:00am. AUSA-William Webb present. The Court will recommend that the Motion to Suppress be denied. Partiesadvised of a 10-day period for filing a Notice of Appeal. Adjourned at 12:15 p.m.                                                             jh | |
| 2-24-87 | 24. **ORDER**  The Government asked for a stay of the implemntation of this order pending appeal to the district court. This provision is stayed pending ruling by a district judge, provided that the Government file on Febr ary 24, 1987, its. written notice of appeal, Otherwise, the stay is denied. CR OB # 6, p 153- Mag. McCotter (ent. 2-24-87) 1c U.S. Atty, 1c Mr. Knox    ms | |

Case 3:86-cr-00091-BO   Document 1   Filed 12/16/86   Page 4 of 8

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   U.S. vs

STEVENS, MITCHELL

AO 256A

86-91-01-CR-3

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| --- | --- | --- |
| | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 2-24-87 | 25. **ORDER** -The defendant seeks to supress toll records **should be denied** - Suppress any controlled substances which the Government may seek to introduce - **should be denied** -The motion to suppress the consensual interceptions **should be denied** -The motion to suppress statements of indicted and undicted co-conspirators **should be denied** This Memorandum and Recommendation entered This 23rd day of February 1987. OB # 6, p 154 cys to U.S. Atty, 1c Mr. Knox (ent. 2-24-87) ms ISSUED NOTICE Written objections in accordance with this rule are filed within ten days after receipt of this memorandum and recommendation. 2-24-87 ms | |
| 2-23-87 | ISSUED NOTICE   Set for Arrgn. & Trial on 3-9-87 at Raleigh at 10 A.M. before Judge Boyle - 1c: U.S. Atty & Mr. Knox | |
| 3-2-87 | APPEAL FROM MAGISTRATE'S ORDER- A. MOTION NUMBER THREE: REQUEST FOR NOTICE OF GOVERNMENT'S INTENTION TO USE EVIDENCE. B. MOTION NUMBER FOUR: MOTION FOR PRODUCTION OF PSYCHIATRIC EVALUATION OF ANY GOVERNMENT WITNESS. C. MOTION NUMBER FIVE: MOTION TO COMPEL EARLY PRO DUCTION OF GRAND JURY TESTIMONY. (MEMORANDUM OF LAW) D. MOTION NUMBER SIX: MOTION FOR DISCOVERY AND INSPECTION. E. MOTION NUMBER SEVEN: MOTION FOR ORDER REQUIRING GOVERNMENT TO PRODUCE GOVERNMENT WITNESSES FOR DEFENSE INTERVIEW. F. MOTION NUMBER NINE: MOTION FOR BRADY AND OTHER FAVORABLE MATERIALS. G. MOTION NUMBER TEN: MOTION FOR ALL JENCKS' MATERIAL AND EARLY DISCLOSURE OF SAME. W/cs 1c: (by: H. Edward Knox) 1c: Judge Boyle   jh | |
| 3-2-87 | MOTION FOR SEVERANCE OF DEFENDANTS- by H. Edward Knox w/cs 1c: Judge Boyle   jh | |
| 3-2-87 | MOTION FOR SEQUESTRATION OF WITNESSES-by: H. Edward Knox w/cs   1c: Judge Boyle   jh | |
| 3-2-87 | MOTION TO CONTINUE   w/cs by: H. Edward Knox 1c: Judge Boyle   jh | |
| 3-4-87 | PROPOSED VOIR DIRE QUESTIONS by: H. Edward Knox 1c: Judge Boyle   jh | |
| 3-4-87 | WAIVER OF APPEARANCE   by: **Mitchell Stevens, Deft.** 1c: Jduge Boyle   jh | |
| 3-4-87 | MOTION FOR EXTENSION OF TIME w/cs by: H. Edward Knox 1c: Judge Boyle   jh | |
| 3-4-87 | MOTION IN LIMINE UNDER SEAL- by: William Webb, AUSA with attached Affidavit. 1c: Judge Boyle   jh | |
| 3-4-87 | MOTION TO SEAL-   by: William A. Webb 1c: Judge Boyle   jh | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 3-6-87 | **PROPOSED JURY INSTRUCTIONS** by: H. Edward Knox-lc Judge Boyle jh | | | | |
| 3-6-87 | **MOTION TO STRIKE** w/cs- by H. Edward Knox - lc: Judge Boyle jh | | | | |
| 3-6-87 | **ORDER** that the Moiotn In Limine in the above-captioned case abe sealed by the Clerk. (Judge Terrence W. Boyle) lc: AUSA, Counsel of Record. O.B.#6, P.173 jh | | | | |
| 3-9-87 | **GOVERNMENT'S RESPONSE TO MOTIONS-** MOTION FOR SEQUESTRATION OF WITNESSES MOTION FOR SEVERANCE OF DEFENDANTS APPEAL FROM MAGISTRATE'S ORDER MOTION TO CONTINUE (By: William A. Webb, AUSA) w/cs lc: Judge Boyle jh | | | | |
| 3-9-87 | **GOVERNMENT'S PROPOSED QUESTIONS OF VOIR DIRE-** by: William Webb, AUSA - w/cs lc: Jduge Boyle jh | | | | |
| 3-9-87 | **MOTIN IN LIMINE** by H. Edward Knox w/cs lc: Jduge Boyle jh | | | | |
| 3-9-87 | **GOVERNMENT' PROPOSED JURY INSTRUCTIONS: w/cs** by: William A. Webb, AUSA lc: Judge Boyle jh | | | | |
| 3-9-87 | **ORDER** the Court hereby Orders that the defendant's motion for a continuance be **DENIED.** (Judge Terrence W. Boyle) lc: AUSA, Counsel of Record, O.B.#6, P.175 jh | | | | |
| 3-10-87 | **JURY SELECTION** 9:30AM until 12:45PM jh | | | | |
| 3-10-87 | **JURY IMPANELED** 2:30 PM jh | | | | |
| 3-10-87 | **JURY TRIAL BEGINNING** 2:30PM Opening Statement by the Government (William Webb) 2:47PM/3:00PM Opening Statement by the Defense Counsel (H. Eddie Knox) 3:01PM/3:25PM Recess: 3:25/3:35 **TRIAL PROCEEDED AT** 3:35pm jh | | | | |
| 3-16-87 | **MOTION** Defendants Motion to Dismiss charges **denied.** jh | | | | |
| 3-18-87 | **MOTION DENIED** as to the Acquittal of Counts 1 & 2 of the Indictment. jh | | | | |
| | **MOTION ALLOWED** as to the Acquittal of Count 5 & 6 of the Indictment. jh | | | | |
| 3-19-87 | **AT THE CLOSE OF ALL EVIDENCE (NO REBUTTLE BY THE GOVERNMENT)** Defense renew Motion for Acquittal as to Counts 1 & 2. **MOTION DENIED.** jh | | | | |
| 3-19-87 | **OPENING SUMMATION FOR CLOSING ARGUMENTS-**by: William Webb, AUSA 1:04PM - 1:40PM jh | | | | |
| | **CLOSING ARGUMENT BY DEFENSE COUNSEL-** H. Eddie Knox, Counsel 1:48PM - 2:40PM jh | | | | |
| | **CLOSING ARGUMENT BY DEFENSE COUNSEL-** Allen Brotherton 2:40PM - 3:00PM jh | | | | |
| | **CLOSING ARGUMENT BY THE Government-** William Webb, AUSA 3:00PM - 3:18PM jh | | | | |
| 3-19-87 | **JURY RETIRED** 4:15PM - recessed 5:35PM to return 3-20-87 at 9:00AM. jh | | | | |
| 3-20-87 | **JURY CONTINUED DELIBERATION** 9:03AM jh | | | | |
| 3-20-87 | **VERDICT RETURNED** - 11:15AM **NOT GUILTY** as to Count 1, **NOT GUILTY** as to Count 2. (Kimber S. Dawson, Foreperson) jh | | | | |
| 3-20-87 | **JUDGMENT AND PROBATION/COMMITMENT ORDER-** AT RALEIGH BEFORE JUDGE TERRENCE W. BOYLE C.R.(Donna Tomawski) Counsel-H. Eddie Knox-Prov. jh | | | | |

CONT'd

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 3-20-87 | **CONT'D** Plea of NOT GUILTY- March 18, 1987, prior to jury deliberation Judgment of Acquittal Allowed as to Counts 5 & 6 - using a communications facility to facilitate a drug felony - 21USC, §843(b) & (c). **THERE BEING A VERDICT OF NOT GUILTY.** Defendant has been found **NOT GUILTY** of the offenses of **COUNT 1** - conspiracy to posses with intent to distribute and distribution of cocaine, Schedule II narcotice controlled substance - 21 U.S.C., §846 **COUNT 2**- possession with intent to distribute cocaine and aiding & abetting 21 U.S.C., §846(a)(1) & 18 U.S.C., §2. (Judge Terrence W. Boyle) 1c: AUSA, USM, Probation, Counsel of Record, Deft, Judge Boyle. Ent. 3-26-87 | jh | | | |
| 8-5-87 | **ORIGINAL** Deed of Trust and Promissory Note marked as obligation satisfied and mailed certified mail to Mr. David F. Branch, Jr. - Copies for the file. | jp | | | |
| 8-14-87 | **RETURNED ORIGINAL NOTICE OF SATISFACTION OF DEED OF TRUST-** (J. Rich Leonard, Clerk) to: Lee & Lee-407 Elm St. Lumberton, NC 28359. | jh | | | |
| 9-28-87 | GOVERNMENT received exhibits that were admitted at trial except for Exhibit #19 (Map) - received by U.S. Attorney's office - Connie Rains | jp | | | |
| 8-26-88 | **TRANSCRIPT** - Testimony of Johnny Lee Jones at Ral March 11 & 12, 1987 Before J. Boyle and Jury (C.R.-Donna J. Tomawski) | jh | | | |
| 8-26-88 | **TRANSCRIPT** - PARTIAL TRIAL TESTIMONY at Ral, March 10, 16, 17, 1987 Before J. Boyle and Jury (C.R.-Donna Tomawski) | jh | | | |
| 8-26-88 | **TRANSCRIPT** - Testimony of John Delton Lcoklear and Mitchell Stevens at Ral March 16-19, 1987 Before J. Boyle and Jury (C.R.-Donna Tomawski) | jh | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |